# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:87CR3067/RV

SATO YUJI IIMURA

**REFERRAL AND ORDER**

Referred to Judge Vinson on   5/14/2012
Type of Motion/Pleading  Amended Petition to Remit Fine Balance
Filed by: Government            on 5/11/12       Doc. No. 27
( )  Stipulated/Consented/Joint Pleading
RESPONSES:

                                              on _____  Doc. No. _____
                                              on _____  Doc. No. _____
                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

                                              */s/ V. Harmon*
                                              Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   15th  day of   May  , 2012, that:

(a)   The requested relief is GRANTED.
(b)   _____

                                              */s/ Roger Vinson*
                                              ROGER VINSON
                                              SENIOR UNITED STATES DISTRICT JUDGE